No. 48. SEIN *v.* VÁZQUEZ ET AL. Apelación procedente de la Corte de Distrito de Arecibo. Moción para que se desestime la apelación por no haberse presentado la transcripción de autos. Re-

suelto en Abril 25, 1905. Con lugar la moción y desestimada la apelación. Abogado del promovente: *Sr. Torres Monge.*